STATE of Missouri, Respondent,

v.

Shannon L. WALZ, Appellant.

No. WD 69662.

Missouri Court of Appeals,
Western District.

Sept. 22, 2009.

Susan L. Hogan, Kansas City, MO, for appellant.

Shaun J. Mackelprang, and John M. Reeves, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., JAMES M. SMART, JR., LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM:

Shannon Walz appeals his conviction for second-degree statutory rape, section 566.034 RSMo, for which he was sentenced

to ten years' imprisonment. Judgment affirmed pursuant to Rule 30.25(b).